IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DONALD LEFFINGWELL                                                                    PLAINTIFF

VS.                                             CIVIL ACTION NO. 4:08cv61-JCS

WILLIE BOOKERT, et al.                                                  DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's memorandum and opinion, judgment is entered in favor of Defendants, and Plaintiff's claims are hereby dismissed with prejudice pursuant to 28 U.S.C. § 1917(e)(2)(B)(i).

SO ORDERED AND ADJUDGED, this the 1st day of July, 2009.

                                                                 /s/ James C. Sumner
                                                                  UNITED STATES MAGISTRATE JUDGE